IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Janeen Wills and Lachette Reliford, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action File No. |
| v. ) | 1:06-CV-0800-TWT |
| ) | |
| InTown Suites Management, Inc., ) | |
| InTown Holding Co., LLC, ) | |
| Cheryl Vickers Kochensparger, ) | |
| Individually and In Her Official ) | |
| Capacity as Chief Operating Officer, ) | |
| Lazard Alternative Investments, and ) | |
| Lazard Freres Real Estate Investors, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this case with prejudice. The parties agree to bear their own attorneys' fees and costs.

Respectfully submitted, this 1st day of September 2006.

| | |
|---|---|
| s/ Edward D. Buckley | s/ John F. Meyers |
| Edward D. Buckley | John F. Meyers |
| Georgia Bar No. 092750 | Georgia Bar No. 503692 |
| Andrea Doneff | Alex S. Drummond |
| Georgia Bar No. 225640 | Georgia Bar No. 231116 |
| Buckley & Klein, LLP | William P. Miles, Jr. |
| 1180 West Peachtree Street, Suite 1100 | Georgia Bar No. 505828 |

Atlanta, Georgia 30309

Douglas R. Kertscher
Georgia Bar No. 416265
Hill, Kertscher & Wharton, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, Georgia  30339

s/ Von A. DuBose
Von A. DuBose
Georgia Bar No. 231451
Homer Lamar Mixson
Georgia Bar No. 514012
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309

Seyfarth Shaw LLP
1545 Peachtree Street, Suite 700
Atlanta, Georgia 30309-2401

Antony Bradley Klapper
District of Columbia Bar. No. 433027
Reed Smith LLP
1301 K Street, N.W.
Suite 1100, East Tower
Washington, D.C. 20005

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Janeen Wills and Lachette Reliford, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>InTown Suites Management, Inc. )<br>et al. )<br>)<br>Defendants. ) | Civil Action File No.<br>1:06-CV-0800-TWT |

**ORDER OF DISMISSAL AND**
**ORDER APPROVING SETTLEMENT**

**THIS MATTER** having come before the court on the joint stipulation for dismissal as to Plaintiffs' Complaint, and due cause appearing therefor, it is hereby:

**ORDERED AND ADJUDGED** that the above case be and the same is hereby **DISMISSED WITH PREJUDICE** to the Plaintiffs; each party to bear their own attorneys' fees and costs. **THIS CASE IS CLOSED.**

**DONE AND ORDERED** this ____ day of September 2006.

_____
United States District Judge

AT1 32350461.1