IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Janeen Wills and Lachette Reliford, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action File No. |
| v. ) | 1:06-CV-0800-TWT |
| ) | |
| InTown Suites Management, Inc. ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL AND**
**ORDER APPROVING SETTLEMENT**

**THIS MATTER** having come before the court on the joint stipulation for dismissal as to Plaintiffs' Complaint, and due cause appearing therefor, it is hereby:

**ORDERED AND ADJUDGED** that the above case be and the same is hereby **DISMISSED WITH PREJUDICE** to the Plaintiffs; each party to bear their own attorneys' fees and costs.  **THIS CASE IS CLOSED.**

**DONE AND ORDERED** this 5th  day of September 2006.

 /s/Thomas W. Thrash
United States District Judge

AT1 32350461.1